ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| MDJ Contracting Inc. | ) ASBCA No. 63210 |
| | ) |
| Under Contract No. W91151-20-C-0006 | ) |

APPEARANCE FOR THE APPELLANT:     Isaias Cy Alba, IV, Esq.
                                                                  PilieroMazza PLLC
                                                                  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                                                  Army Chief Trial Attorney
                                                                  CPT Dmitrius R. McGruder, JA
                                                                  Trial Attorney

ORDER OF DISMISSAL

The parties have settled the dispute and jointly request dismissal of this appeal with prejudice.  We grant the request and dismiss this appeal with prejudice.

Dated:  February 5, 2024

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63210, Appeal of MDJ Contracting Inc., rendered in conformance with the Board's Charter.

Dated:  February 5, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals